**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-2245

WILLIAM WHITTMAN,

Plaintiff - Appellant,

v.

UNITED AUTO CARE, INC.; PENSKE AUTOMOTIVE GROUP, INC.; MERCEDES BENZ FINANCIAL SERVICES USA LLC; TOYOTA MOTOR INSURANCE COMPANY; TOYOTA INSURANCE MANAGEMENT SOLUTIONS USA, LLC; TOYOTA MOTOR INSURANCE SERVICES, INC.; PAG CHANTILLY M1 LLC, d/b/a Mercedes-Benz of Chantilly; PENSKE AUTOMOTIVE GROUP, INC.; BERT O'NEAL; TOYOTA FINANCIAL SERVICES CORPORATION,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:21-cv-03156-JRR)

Submitted:  October 24, 2024                    Decided:  February 18, 2025

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Whittman, Appellant Pro Se.  Frank Joseph Mastro, SCHLOSSBERG MASTRO, Hagerstown, Maryland; James Leslie Hoyle, Richmond, Virginia, Robert Edward Worst, KALBAUGH, PFUND & MESSERSMITH, P.C., Fairfax, Virginia; Jessica Lynn Farmer,

2

HOLLAND & KNIGHT, LLP, Washington, D.C.; Patrick Garrett Selwood, WILMERHALE LLP, Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Whittman appeals the district court's orders compelling Whittman to submit some of his claims to arbitration, dismissing his state law claims of conspiracy, fraud, and bad faith against some Defendants for failure to state a claim, and vacating its prior order of default judgment against the remaining Defendant and dismissing those claims. We have reviewed the record and find no reversible error. Accordingly, we deny Whittman's motion to clarify and affirm the district court's orders. *Whittman v. United Auto Care, Inc.*, No. 1:21-cv-03156-JRR (D. Md. Nov. 2, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*